# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

May 12, 2004

## Before

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** MICHAEL S. KANNE, Circuit Judge

**No.** 03-4339

In the matter of:

UNITED AIRLINES, INCORPORATED,
*Debtor.*

Appeal of:

NATIONAL PROCESSING COMPANY, LLC, and
NATIONAL CITY BANK OF KENTUCKY,
*Appellants.*

Appeal from the United
States District Court for the
Northern District of Illinois,
Eastern Division.

No. 03 c 3909
Samuel Der-Yeghiayan,
*Judge.*

## Order

The opinion issued on May 11, 2004 in this case is amended as follows:

Page 5, line 4, change "§ 3—419(c)" to "§ 3–419(c)".